UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL R., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No.: 21cv1189-MDD <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** <br><br> [ECF No. 2] |

On June 29, 2021, Donnell R. ("Plaintiff") filed this social security appeal pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), challenging the denial of Plaintiff's application for Supplemental Security Income benefits. (ECF No. 1). Plaintiff simultaneously filed a motion to proceed *in forma pauperis* ("IFP"). (ECF No. 2). For the reasons set forth herein, the Court **GRANTS** Plaintiff's motion to proceed IFP.

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400.[1] *See* U.S.C. § 1914(a). An action may proceed

---

[1] In addition to the $350.00 statutory fee, civil litigants must pay an additional administrative fee of $50.00. *See* 28 U.S.C. § 1914(b) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. June 1, 2016)). The additional $50.00

1

despite plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed [IFP] is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). A party need not be completely destitute to proceed IFP. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948).

Plaintiff declares that he receives "[r]oughly" $900.00 per month from unemployment payments and public assistance. (ECF No. 2 at 2). Specifically, Plaintiff receives $234.00 per month in food stamps and $167.00 per week from unemployment. (*Id.*). Plaintiff further declares that he has $15 to $20 in cash and owns a 2002 Volkswagen convertible valued between $1,500.00 to $3,500.00. (*Id.* at 2-3). Plaintiff explains that his monthly expenses are around $700.00 to $900.00 per month. (*Id.* at 5). Plaintiff's affidavit sufficiently shows he is unable to pay the fees or post securities required to maintain this action. Accordingly, the Court **GRANTS** Plaintiff's motion to proceed IFP. Additionally, the Court has reviewed Plaintiff's complaint and concludes it is not subject to *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED.**

Dated: June 30, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge

---

administrative fee does not apply to persons granted leave to proceed IFP. *Id.*